IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

05 089 T

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>ONE 1998 NISSAN MAXIMA,<br>VIN: JN1CA21DXWM929799 AND ONE LOT<br>OF TWENTY THREE THOUSAND FOUR<br>HUNDRED SIXTY DOLLARS ($23,460.00)<br>IN U.S. CURRENCY,<br>Defendants | ) | C.A. NO. |

COMPLAINT FOR FORFEITURE IN REM

Plaintiff, the United States of America, acting by and through the United States Attorney for the District of Rhode Island, in a civil cause for forfeiture, alleges upon information and belief:

1. That this Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355, 1356, and 1395, 21 U.S.C. § 881(a)(4) and (6), and 18 U.S.C. § 983.

2. That on or about August 15, 2004, the defendant vehicle, one 1998 Nissan Maxima, VIN: JN1CA21DXWM929799, was seized in Warwick, Rhode Island, by officers of the Rhode Island State Police and agents of the federal High Intensity Drug Trafficking Area Task Force ("HIDTA") pursuant to the arrest of Hector Santana. (See affidavit of Rhode Island State Police Detective Todd Neill attached hereto and made a part hereof.)

3. That on or about August 15, 2004, the defendant currency, one lot of twenty three thousand four hundred sixty dollars ($23,460.00) in U.S. currency, was seized in Providence, Rhode Island, by officers of the Rhode Island State Police and agents of the federal High Intensity Drug Trafficking Area Task Force ("HIDTA"), pursuant to the execution of a Rhode Island search warrant at 104 Peace Street, Providence, Rhode Island. (See affidavit of Rhode Island State Police Detective Todd Neill attached hereto and made a part hereof.)

4. That on and before August 15, 2004, the defendant vehicle was used by Hector Santana to facilitate the possession, transportation, sale, receipt, and concealment of cocaine in violation of Title 21 U.S.C. § 841(a)(1), to wit: said vehicle was used to transport Hector Santana to and from E-Z Mini Storage at 50 O'Keefe Lane, Warwick, Rhode Island, where Santana stored 34 kilograms of cocaine inside a hidden compartment in a BMW vehicle. After transferring 10 kilograms of the cocaine to a blue Nissan Maxima vehicle operated by Jose Cabreja, Santana used the defendant vehicle to closely follow the blue Maxima containing the cocaine. (See affidavit of Rhode Island State Police Detective Todd Neill attached hereto and made a part hereof.)

5. That the defendant currency constitutes the proceeds of the cocaine sales of Hector Santana and Jose Cabreja; to wit: during

the execution of a Rhode Island search warrant at Santana's residence, 104 Peace Street, First Floor, Providence, Rhode Island, officers found a key to the blue Maxima and $22,980 of the defendant currency, located behind a drawer built into the wall of Santana's bedroom. The additional $480 of the defendant currency was found in a bank envelope in the same room. (See affidavit of Rhode Island State Police Detective Todd Neill attached hereto and made a part hereof.)

6. That the defendant currency constitutes monies furnished or intended to be furnished in exchange for controlled substances and the proceeds of controlled substance exchanges as within the meaning of 21 U.S.C. § 881(a)(6).

7. That by reason of the foregoing, the defendant vehicle is forfeited to the United States pursuant to the provisions of 21 U.S.C. § 881(a)(4).

8. That by reason of the foregoing, the defendant currency is forfeited to the United States pursuant to the provisions of 21 U.S.C. § 881(a)(6).

WHEREFORE, plaintiff, the United States of America, prays that due process issue to enforce the forfeiture and to give notice to the interested parties to appear and show cause why forfeiture should not be decreed; that the defendants be forfeited to the United States of America and thereafter be disposed of according to law; and for such

other and further relief as this court may deem just and proper.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

VERIFICATION

I, Michael P. Iannotti, being duly sworn, depose and say that I am an Assistant United States Attorney for the District of Rhode Island, that I have read the foregoing Complaint for Forfeiture in Rem, and that the contents thereof are true to the best of my knowledge, information, and belief.

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

Sworn to and subscribed before me
this 24th day of February, 2005.

Notary Public

My commission expires 8/27/05.

**AFFIDAVIT**

I, Todd Neill, being duly sworn, depose and say:

1. I am a Detective with the Rhode Island State Police and have been employed as a police officer there for the past 13 years. Between October 2002 and October 2004, I have been assigned as a Special Federal Officer with the High Intensity Drug Trafficking Area Task Force ("HIDTA").

2. This affidavit is submitted in support of the Complaint for Forfeiture In Rem against the following:

a. one 1998 Nissan Maxima, VIN: JN1CA21DXWM929799 seized from Hector Santana (hereinafter "Santana") on August 15, 2004; and

b. one lot of twenty three thousand four hundred sixty dollars ($23,460.00) in U.S. currency seized on August 15, 2004, pursuant to the execution of a Rhode Island search warrant at 104 Peace Street, Providence, Rhode Island.

3. On August 15, 2004, I observed the gold Nissan Maxima described in paragraph 2a parked in the entrance driveway for E-Z Mini Storage at 50 O'Keefe Lane, Warwick, Rhode Island. A short time later, a BMW SUV, operated by Jose Cabreja (hereinafter "Cabreja") arrived and Santana exited the gold Maxima and entered the passenger side of BMW. Twenty minutes later, I stopped a blue Maxima, operated by Cabreja and the gold Maxima operated by Santana as these vehicles

exited the storage facility. I then seized a key ring from Santana's hand. One key opened storage unit 633 and the second fit the aforementioned BMW. A Rhode Island search warrant was obtained for the storage unit and 24 individually wrapped kilogram packages of cocaine was seized from two hidden compartments inside of the BMW. The blue Maxima was also stopped, Cabreja signed a Consent to Search Form, and a search warrant was also obtained for the vehicle. Ten individually wrapped kilogram packages of cocaine was seized from two hidden compartments within that vehicle. (See affidavit of Special Federal Officer John A'Vant attached hereto and made a part hereof).

4. On the same day, a Rhode Island search warrant was obtained for Santana's residence, 104 Peace Street, First Floor, Providence, Rhode Island. In the apartment, officers found a key to the blue Maxima and $22,980 of the $23,460 in U.S. currency, described in paragraph 2b, located behind a drawer built into the wall of Santana's bedroom. (See affidavit of Special Federal Officer John A'Vant attached hereto and made a part hereof). An additional $480 of the $23,460 was found in a bank envelope in the same room.

5. As a result of the above, Santana and Cabreja were indicted by a federal grand jury and charged with possession with intent to distribute more than five kilograms of cocaine

and conspiracy to do the same. On February 11, 2005, Cabreja was sentenced to a 63 month term of imprisonment.

6. Based upon the foregoing, there is probable cause to believe that the 1998 Nissan Maxima vehicle described in paragraph 2a was used to facilitate the possession, transportation and concealment of cocaine in violation of 21 U.S.C. § 841 (a)(1) and conspiracy to do the same in violation of 21 U.S.C. § 846, and that said vehicle is, therefore, subject to seizure and forfeiture pursuant to 21 U.S.C. § 881(a)(4).

7. Based upon the foregoing, there is probable cause to believe that one lot of twenty three thousand four hundred sixty dollars ($23,460.00) in U.S. currency described in paragraph 2b, seized from 104 Peace Street, Providence, Rhode Island on August 15, 2004, was furnished and intended to be furnished in exchange for a controlled substance, that is, cocaine, and constitutes the proceeds of the exchange of controlled substances, and that said currency is, therefore,

subject to seizure and forfeiture pursuant to Title 21 U.S.C. § 881(a)(6).

Todd D. Neill
TODD NEILL
Detective
Rhode Island State Police

Subscribed and sworn to before me
this 23rd day of February, 2005.

Notary Public

My commission expires: 8/27/05

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

HECTOR SANTANA

## WARRANT FOR ARREST

CASE NUMBER: 1:04-M-99M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest HECTOR SANTANA
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

1. Possession with intent to distribute more than 5 kilograms of a compound, mixture & preparation containing a quantity of cocaine and
2. conspiring to possess with intent to distribute more than 5 kilograms of a compound, mixture and preparation containing a quantity of cocaine

in violation of Title 21 United States Code, Section(s) 841(a)(1)&(b)(1)(A)(ii) & 846

| | |
|---|---|
| DAVID L. MARTIN | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| David L. Martin | 8/30/04 Providence, RI |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ______________ by ______________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.

HECTOR SANTANA
104 Peace Street, 1st Floor
Providence, Rhode Island

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:04M-99M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about August 15, 2004 in Kent county, in the District of Rhode Island defendant(s) did, (Track Statutory Language of Offense)

Possession with intent to distribute more than 5 kilograms of a compound, mixture and preparation containing a quantity of cocaine;
and
Conspiracy to possess with intent to distribute more than 5 kilograms of a compound, mixture and preparation containing a quantity of cocaine

in violation of Title 21 United States Code, Section(s) 841(a)(1) & (b)(1)(A)(ii) and 846 .

I further state that I am a(n) Det. Corp/Special Fed. Officer and that this complaint is based on the following
Official Title

facts:

See attached Affidavit of John A'Vant, Detective Corporal, Rhode Island State Police -- Special Federal Officer, Federal Bureau of Investigation

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Cpl John P. A'Vant
Signature of Complainant

Sworn to before me and subscribed in my presence,

8/30/04 at Providence, Rhode Island
Date City and State

DAVID L. MARTIN
United States Magistrate Judge
Name & Title of Judicial Officer

David L. Martin
Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

AO 257
(USAO REV. 6/99)

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☒ COMPLAINT ☐ INFORMATION ☐ INDICTMENT

Name of District Court, and/or Judge/Magistrate Location (City)
U.S. District Court for the District of Rhode Island
Providence, Rhode Island

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): STEPHEN G. DAMBRUCH

**DEFENDANT – U.S. vs.**

HECTOR SANTANA

Address: 104 Peace Street, 1st Floor
Providence, Rhode Island

Birth Date: 02-23-1980 ☒ Male ☐ Female ☐ Alien (if applicable)

Social Security Number:

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Federal Bureau of Investigation, RISP & HIDTA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40 . Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this is prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate judge regarding this defendant were recorded under ▶

MAG. JUDGE CASE NO.

Place of offense: District of Rhode Island

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding
If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
} ☐ Fed'l ☒ State

If answer to (6) is "Yes", show name of institution
ACI

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶

Or... if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED TO U.S. CUSTODY** ▷

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS**

Title 21, United States Code, Section 841(a)(1) & (b)(1)(A)(ii) -- Possession with intent to distribute more than 5 kilograms of a compound, mixture & preparation containing a quantity of cocaine
Penalties:
Life Imprisonment;
$ 4,000,000 Fine;
Life Supervised Release;
$ 100 Special Assessment

Title 21, United States Code, Section 846 -- Conspiring to possess with intent to distribute more than 5 kilograms of a compound, mixture & preparation containing a quantity of cocaine
Penalties:
Life Imprisonment;
$ 4,000,000 Fine;
Life Supervised Release;
$ 100 Special Assessment

This form was electronically produced by Elite Federal Forms, Inc. - mod HI (11/00)

1.04

**AFFIDAVIT**

I, John A'Vant, do under oath, depose and say that:

1. I am a Detective Corporal with the Rhode Island State Police (RISP) and have been a member of that organization for 14 years. I am also a Special Federal Officer currently assigned to the joint Federal Bureau of Investigation/RISP High Intensity Drug Trafficking Area Task Force (HIDTA).

2. This affidavit is submitted in support of warrants to arrest:

a. Jose CABREJA (CABREJA), d.o.b. 02/05/81, last known to reside at 239 Union Avenue, Providence, Rhode Island; and

b. Hector SANTANA (SANTANA), d.o.b. 02/23/80, last known to reside at 104 Peace Street, First Floor, Providence, Rhode Island;

and Criminal Complaints charging them with possessing with intent to distribute more than five (5) kilograms of a compound, mixture and preparation containing a quantity of cocaine, in violation of 21 U.S.C. §§841(a)(1) and (b)(1)(A)(ii), and conspiring to possess with intent to distribute more than five (5) kilograms of a compound, mixture and preparation containing a quantity of cocaine, in violation of 21 U.S.C. §§846.

3. The information contained in this affidavit is based upon my personal knowledge and information supplied to me by RISP Detective Todd Neill and other law enforcement officers involved in this investigation.

4. During the second week of August 2004, Detective Neill received information from a confidential source (CS) about a Dominican male residing at 104 Peace Street, Providence, Rhode Island, who was engaging in the distribution of large quantities of cocaine. He described the Dominican male as having medium color skin with a rugged build and in his late twenties. This was the first time that the CS had provided information to Detective Neill. Also, the CS, who has used multiple aliases, does have a criminal history which includes several narcotics related arrests and convictions.

5. According to the CS, the Dominican male used two Nissan Maximas, one bearing Rhode Island registration EW-353 and the second being blue in color with an unknown registration. The CS further stated that the blue Maxima had a hidden compartment which has been used to transport large quantities of cocaine in and around Providence, Rhode Island. During a trip to 104 Peace Street, Providence, Rhode Island with the CS, Detective Neill observed a gold colored Nissan Maxima bearing Rhode Island registration EW-353 parked in the driveway.

6. The CS also informed Detective Neill that the Dominican male regularly arranges for a Hispanic female to drive a dark colored late model BMW SUV to Texas, pick up a load of approximately twenty (20) to (25) kilograms of cocaine, and drive it back to Rhode Island, with the cocaine concealed in two hidden compartments. Upon return to Rhode Island, the BMW is garaged at

a storage facility in Warwick with the cocaine still in the two compartments. The cocaine is then subsequently distributed to drug dealers in the Providence area.

7. The CS told Detective Neill that the BMW SUV would be returning with a load of cocaine from Texas during the weekend of August 14, 2004. According to the CS, the BMW would then be kept at a storage unit located within the E-Z Mini-Storage facility near Jefferson Boulevard in Warwick, Rhode Island. The CS further stated that the Dominican male uses a large round lock to secure this particular storage locker.

8. Detective Todd Neill responded to the E-Z Mini Storage, 50 O'Keefe Lane, Warwick, Rhode Island, which is located just off of Jefferson Boulevard, and observed a large round lock on storage unit number 633. A check with an employee of the storage facility revealed that unit 633 was rented to a Hispanic female using a local address of 39 Peace Street, Providence, Rhode Island.

9. During surveillance of the E-Z Mini Storage facility by Detective David Palmer of the RISP on August 12, 2004, he observed the gold Nissan Maxima bearing Rhode Island registration EW-353 drive by that location while operated by a Hispanic male.

10. On August 15, 2004, Detective Neill conducted surveillance of the E-Z Mini Storage facility. Upon arrival, the detective observed the gold Nissan Maxima bearing Rhode Island registration EW-353 first parked in the entrance driveway for the storage

facility and then parked in an adjacent parking lot. Detective Neill saw a dark colored BMW SUV arrive a short time later, with the operator of the gold Maxima, later identified as SANTANA, then exiting his vehicle and entering the passenger side of the BMW SUV. The operator of the BMW, later identified as CABREJA, drove the vehicle into the entrance way for the storage facility, at which time Detective Neill lost sight of the vehicle.

11. Approximately twenty minutes later, Detective Neill observed the gold Nissan Maxima bearing Rhode Island registration EW-353, being operated by SANTANA, and a blue Nissan Maxima, being operated by CABREJA, driving away from the E-Z Mini Storage facility. Detective Neill and Detective Michael Douglas of the Cranston Police Department and HIDTA stopped the gold Maxima on O'Keefe Lane. They identified SANTANA as the operator and confirmed that the vehicle was registered to him at 104 Peace Street, Providence, Rhode Island.

12. Detective Neill seized a key ring from SANTANA's hand. The detective later determined that one of the two keys on that ring fit the lock securing storage unit 633 and the second fit the dark colored BMW SUV eventually located within that storage unit.

13. After advising SANTANA of his *Miranda* rights, Detective Neill asked him about where he had come from and the keys. SANTANA denied just being at the E-Z Mini Storage and claimed he was holding the keys for a friend.

14. SANTANA subsequently gave the officers written consent to

search his vehicle and his person, but refused to consent to the search of unit 633, claiming that he had no connection to that storage facility. Detective Douglas then searched SANTANA's wallet and located a card bearing an access code for the storage facility's entrance gate. A check with an employee of the E-Z Mini-Storage revealed that the code on that card was assigned to unit 633 and had been used to access the facility on August 15, 2004.

15. RISP Trooper Peter Chabot stopped the blue Maxima operated by CABREJA on Route 95 North. The trooper determined that there was an outstanding state district court warrant for CABREJA and that his license to operate a motor vehicle had been suspended. Trooper Chabot arrested CABREJA and transported him back to the scene of the first car stop on O'Keefe Lane.

16. Once back at O'Keefe Lane, Detective David Palmer of the RISP advised CABREJA of his *Miranda* rights and asked him some questions about his earlier activities. CABREJA told Detective Palmer that he drove SANTANA into the storage facility in the BMW SUV, with SANTANA providing him the entry code for the front gate. After entering the facility, CABREJA admitted driving to unit 633, removing the blue Maxima from that unit and placing the BMW inside. CABREJA also acknowledged that he assisted SANTANA with the transfer of ten (10) kilograms of cocaine from the BMW to the blue Maxima, where the cocaine was stored in a hidden compartment. CABREJA then drove the blue Maxima out of the

storage facility onto O'Keefe Lane, closely followed by SANTANA in the gold Maxima.

17. CABREJA signed a consent to search form for the blue Maxima, granting permission for the search of that vehicle. The police also obtained a state district court authorized search warrant for that the same blue Maxima. After obtaining the warrant, officers searched the vehicle and located ten (10) individually wrapped kilogram packages of suspected cocaine inside of a hidden compartment.

18. Members of the RISP and HIDTA subsequently executed a state district court authorized search for storage unit 633 later on August 15, 2004. The officers located the BMW SUV inside of the storage unit, seizing twenty-four individually wrapped kilogram packages of suspected cocaine from two hidden compartments within the vehicle.

19. Police also executed a state district court search warrant at 104 Peace Street, First Floor, Providence, Rhode Island later on August 15, 2004. Inside of that apartment, officers located paperwork in SANTANA's name and a key for the blue Maxima operated by CABREJA, as well as $22,980 in United States currency.

20. Detective Neill conducted field tests on samples of suspected cocaine from one of the packages seized from the blue Maxima and one of the packages from the BMW, receiving positive results for the presence of cocaine from both.

21. On August 17, 2004, members of RISP and HIDTA executed two state district court authorized search warrants at units 525 and 526 of the E-Z Mini Storage, 50 O'Keefe Lane, Warwick, Rhode Island. The two units, which turned out to be one interconnected double locker, were rented to CABREJA according to the E-Z Mini Storage facility records. The officers located a 1987 Volkswagen Van inside of that double unit, which Detective Neill opened with another key seized from SANTANA's apartment at 104 Peace Street, Providence, Rhode Island.

John P. A'Vant

John A'Vant
Detective Corporal
Rhode Island State Police
Special Federal Officer
High Intensity Drug Trafficking
Area Task Force

Signed and sworn to before me
this 30th day of August, 2004
at Providence, Rhode Island

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
District of Rhode Island