UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CA ~~CR~~ 05-089 T

ONE 1998 NISSAN MAXIMA
And ONE LOT OF TWENTY
THREE THOUSAND FOUR
HUNDRED and SIXTY DOLLARS

## CLAIMANTS ANSWERS

Now comes the claimant in the above entitled cause and answers the plaintiff's complaint for forfeiture in rem, as follows:

1. agreed
2. agreed
3. agreed
4. denied
5. denied
6. denied
7. denied
8. denied

**WHEREFORE**, your claimant prays that the complaint for forfeiture in rem be dismissed and that the claimants 1998 Nissan and his lot of Twenty three Thousand Four Hundred and Sixty Dollars in U.S. currency be restored. Your claimant further prays that this Honorable Court assess the costs of the defense of this case against the government.

4

Respectfully Submitted,
By his Attorney,

John F. Cicilline, Esquire
387 Atwells Avenue
Providence, RI 02903
Tel 401 273-5600
Fax 401 454-5600

**CERTIFICATION**

I, the undersign hereby certify that I cause to deliver a true copy of the instant answers to Michael P. Iannotti, A.U.S.A, to the US Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 on this the ___ day of March, 2005.