U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States | CA 05-089S |
| DEFENDANT One 1998 Nissan Maxima, et al. and $23,460.00, et al. | TYPE OF PROCESS Notice |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Newspaper having a general circulation within the

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: the district of Rhode Island -- Providence Journal

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Michael P. Iannotti, Asst. U.S. Attorney
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold Fold

publish Notice of Action and Arrest
once a week for three weeks

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *[signature]* | ☒ PLAINTIFF ☐ DEFENDANT | 401-709-5000 | 3/2/05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | No. 70 | No. 70 | Edward R. Kawa | 3/2/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| Address *(complete only if different than shown above)* | Date of Service 3/24/05 | Time am pm |
| | Signature of U.S. Marshal or Deputy *[signature]* | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:
Ad appeared in the Providence Journal 3/10, 3/17 & 3/24/05
Cost: $823.27

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80)**

The Providence Journal Company
75 FOUNTAIN STREET
PROVIDENCE, RHODE ISLAND 02902
(401)277-7160 Inquiries
(401)277-7407 Payments

ADVERTISERS
INVOICE AND STATEMENT

FEDERAL I.D.
06-1470361

| ACCOUNT NO. | INVOICE NO. | PAGE |
|---|---|---|
| 20926 | 431662 | 1 |
| DATE | ADVERTISERS CODE | |
| 03/31/05 | | |

U S MARSHALL PROVIDENCE
PO BOX 1524
303 FEDERAL BLDG
PROVIDENCE RI 02901

04/20/05

PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| TRANSACTION IDENTIFICATION | DATE | DESCRIPTION | COL. INCHES /COPIES | C I | RATE | GROSS AMOUNT | CODE | AMOUNT DUE | CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | ** CLASSIFIED TRANSACTIONS | | | | | | | |
| | | CLASS DAYS | LINES | | | | | | |
| 3799012003031003 | 24 | PN ARREST 0040 3 | 87 | | 31543 | 82327 | | 82327 | |
| | | PO # 05 089S | | | | | | | |
| | | | | | | TOTAL DUE | | 82327 | |

347 152005 5542
04/06/05 $ 823.27
2417 $ 411.64
2417 $ 411.63
5005606 0

04-06-05

DISTRICT 2005 APR -6 9:00

| CONTRACT INFORMATION (SEE REVERSE SIDE) | | | |
|---|---|---|---|
| TYPE | END DATE | THIS MONTH | TO DATE |
| OBLI. # 8019 VEND # 86 | | | |

| ENDING BALANCE BY MONTH | |
|---|---|
| MAR 05 | 82327 |

September 1973
Standard Form No. 1143
1 TFRM 4-2000

# ADVERTISING ORDER

ORDER NUMBER

DEPARTMENT OR ESTABLISHMENT, BUREAU OR OFFICE
United States Marshals Service, Providence, RI 02903

DATE
March 4, 2005

The publisher of the publication named below is authorized to publish the enclosed advertisement according to the schedule below provided the rates are not in excess of the commercial rates charged to private individuals with the usual discounts. It is to be set solid, without paragraphing, and without any display in the heading unless otherwise expressly authorized in the specifications.

NAME OF THE PUBLICATION ADVERTISED IN
Providence Journal

SUBJECT OF ADVERTISEMENT 1998 Nissan Maxima; $23,460.00 , et al.

EDITION OF PAPER ADVERTISEMENT APPEARED
Daily

NUMBER OF TIMES ADVERTISEMENT APPEARED
Three

DATE(s) ADVERTISEMENT APPEARED
March 10, 17 & 24, 2005

SPECIFICATIONS FOR ADVERTISEMENT

COPY FOR ADVERTISEMENT

**NOTICE OF FORFEITURE**
UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
UNITED STATES OF AMERICA, Plaintiff
vs.
ONE 1998 NISSAN MAXIMA, VIN: JN1CA21DXWM929799 AND ONE LOT OF TWENTY THREE THOUSAND FOUR HUNDRED SIXTY DOLLARS ($23,460.00) IN U.S. CURRENCY, Defendant
C.A. NO. 05-089S

Notice is hereby given that on March 2, 2005, I arrested One 1998 Nissan Maxima, VIN: JN1CA21DXWM929799 and One Lot of Twenty Three Thousand Four Hundred Sixty Dollars ($23,460.00) in U.S. Currency, pursuant to a warrant of arrest issued by the Magistrate Judge of this Court upon the filing of a verified complaint in the above action. Said vehicle was seized on August 15, 2004 on O'Keefe Lane, Warwick, Rhode Island, pursuant to the arrest of Hector Santana. Said currency was seized on August 15, 2004, from 104 Peace Street, First Floor, Providence, Rhode Island pursuant to the execution of a Rhode Island Search Warrant. Any person having or claiming an interest in or to said property must file a claim with the Clerk of the Court at the United States District Court, Federal Building and U.S. Courthouse, One Exchange Terrace, Providence, Rhode Island 02903, wtih a copy to the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903, within 30 days of this date, and must file an answer to the complaint herein within 20 days tehreafter.

BURTON STALLWOOD
United States Marshal

| AUTHORITY TO ADVERTISE | INSTRUMENT OF ASSIGNMENT |
|---|---|
| NUMBER | NUMBER |
| DATE | DATE |
| SIGNATURE OF AUTHORIZING OFFICIAL [signature] | TITLE Seizure & Forfeiture Specialist |

## INSTRUCTIONS TO PUBLISHERS

Extreme care should be exercised to insure that the specifications for advertising to be set other than solid be definite, clear, and specific since no allowance will be made for paragraphing or for display or leaded or prominent headings, unless specifically ordered, or for additional space required by the use of type other than that specified. Specifications for advertising other than solid and the advertisement copy submitted to the publisher will be attached to the voucher. The following is a sample of solid line advertisement set up in accordance with the usual Government requirements.

**DEPARTMENT OF HIGHWAYS & TRAFFIC.** D.C. Bids are requested for first spring 1966 cement concrete repair contract, including incidental work, Washington, D.C., Invitation No. C-6576-H, consisting of 11,000 sq. yds. PCC Class BB sidewalk repair and 2,000 cu. yds. PCC Class A pavement, alley, & driveway repair, both cut repairs only. Bidding material available from the Procurement Officer, D.C. Sealed bids to be opened in the Procurement Office at 2:00 p.m., November 15, 1966.

Your bill for this advertising order should be submitted on the "Public Voucher for Advertising" form, which is printed on the reverse of this form, immediately after the last publication of the advertisement. If copies of the printed advertisement are not available, complete the affidavit provided on the voucher. Submit the voucher and a copy of the printed advertisement to ▶

United States Marshals Service
P.O. Box 1524
Providence, RI 02901-1524

### IMPORTANT

Charges for advertising when a cut, matrix, stereotype or electrotype is furnished will be based on actual space used and no allowance will be made for shrinkage.

In no case shall the advertisement extend beyond the date and edition stated in this order.