**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.** **CIVIL NO.: 05-89T**

**ONE 1998 NISSAN MAXIMA and**
**$23,460.00 IN U.S. CURRENCY**

## MOTION TO WITHDRAW

Now comes John F. Cicilline, Esquire in the above-entitled cause and moves to withdraw as counsel.

Respectfully submitted,
Hector Santana,
By his attorney,

John F. Cicilline, Esq. (#0433)
381 Atwells Avenue
Providence, RI 02909
Office (401) 273-5600
FAX 454-5600

## CERTIFICATION

I, the undersigned hereby certify that I caused to deliver a true copy of the within to Michael Iannotti, AUSA, US Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 and to Hector Santana, Wyatt Detention Center, Central Falls, RI 02863 on this the 2 day of June, 2005.