**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**
**V**

**CIVIL No.: 05-89T**

**ONE 1998 NISSAN MAXIMA**
**AND $23,460 IN US CURRENCY**

## DISMISSAL

The claimant's claim may be dismissed.

One 1998 Nissan ans $23,460.00
In U.S. currency.

John F. Cicilline, Esquire
387 Atwells Avenue
Providence, RI 02909

## CERTIFICATION

I, the undersigned, hereby certify that I caused a true copy of the within to be delivered this the 30 day of June, 2005 to Michael Iannotti, U.S. Attorney Office, 50 Kennedy Plaza, Providence, RI 02903.

2005 JUL -2 Gina Rosario

FILED