IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>ONE 1998 NISSAN MAXIMA,<br>VIN: JN1CA21DXWM929799 AND ONE LOT<br>OF TWENTY THREE THOUSAND FOUR<br>HUNDRED SIXTY DOLLARS ($23,460.00)<br>IN U.S. CURRENCY,<br>Defendants | C.A. NO. 05-089T |

RECEIVED
JUL 13 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

STIPULATION FOR DISMISSAL OF CLAIM

It is hereby stipulated by and between the claimant, Hector Santana, on the one hand, and the plaintiff, the United States of America, on the other, by and through their respective attorneys, as follows:

1. That the claims of Hector Santana to the defendant vehicle, one 1998 Nissan Maxima, VIN: JN1CA21DXWM929799 and to the defendant currency, one lot of twenty three thousand four hundred sixty dollars ($23,460.00) in U.S. currency, may be dismissed with prejudice.

2. That the claimant, Hector Santana, agrees to consent to the forfeiture of the defendant vehicle and the defendant currency to the plaintiff, the United States of America.

Respectfully submitted,

UNITED STATES OF AMERICA
Plaintiff

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

HECTOR SANTANA
Claimant

By his attorney,

JOHN F. CICILLINE, ESQ.
387 Atwells Avenue
Providence, RI 02909

ENTER:

ERNEST C. TORRES
CHIEF JUDGE
UNITED STATES DISTRICT COURT
7/19/05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUL 05 2005
U.S. ATTORNEY
DISTRICT OF R.I.

UNITED STATES OF AMERICA
V

CIVIL No.: 05-89T

ONE 1998 NISSAN MAXIMA
AND $23,460 IN US CURRENCY

## DISMISSAL

The claimant's claim may be dismissed.

One 1998 Nissan ans $23,460.00
In U.S. currency.

John F. Cicilline, Esquire
387 Atwells Avenue
Providence, RI 02909

## CERTIFICATION

I, the undersigned, hereby certify that I caused a true copy of the within to be delivered this the ____ day of June, 2005 to Michael Iannotti, U.S. Attorney Office, 50 Kennedy Plaza, Providence, RI 02903.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUL 05 2005
U.S. ATTORNEY
DISTRICT OF R.I.

UNITED STATES OF AMERICA
V
HECTOR SANTANA

Docket No.: 04-00087-02T

## A DOWNWARD DEPARTURE EFFORT

Notwithstanding the advice of my attorney that we could establish the innocence of the U.S. currency, after consultation with my aunt Angela Baez, I have decided to withdraw my claim to the $ 23,460, which was seized from me on August 15, 2004.

Hector Santana