IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>ONE 1998 NISSAN MAXIMA,<br>VIN: JN1CA21DXWM929799 AND ONE LOT OF TWENTY THREE THOUSAND FOUR HUNDRED SIXTY DOLLARS ($23,460.00) IN U.S. CURRENCY,<br>Defendants | C.A. NO. 05-089T |

REQUEST FOR ENTRY OF ORDER
OF JUDGMENT AND DECREE OF FORFEITURE

Now comes the Plaintiff, the United States of America, by and through its attorneys, and requests entry of a final Order of Judgment and Decree of Forfeiture for the reasons set forth in the accompanying affidavit of the undersigned.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the within and foregoing Request for Entry of Final Judgment, supporting affidavit, and proposed Order were mailed, postage prepaid, this 22nd day of July, 2005, to:

JOHN F. CICILLINE, ESQ.
387 Atwells Avenue
Providence, RI 02909