IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | |
| vs. | C.A. NO. 05-089T |
| ONE 1998 NISSAN MAXIMA, VIN: JN1CA21DXWM929799 AND ONE LOT OF TWENTY THREE THOUSAND FOUR HUNDRED SIXTY DOLLARS ($23,460.00) IN U.S. CURRENCY, Defendants | |

# AFFIDAVIT

I, Michael P. Iannotti, on oath depose and say:

1. That I am an Assistant United States Attorney for the District of Rhode Island and represent the United States of America herein.

2. That on or about August 15, 2004, the defendant vehicle, one 1998 Nissan Maxima, VIN: JN1CA21DXWM929799, was seized in Warwick, Rhode Island, by officers of the Rhode Island State Police and agents of the federal High Intensity Drug Trafficking Area Task Force ("HIDTA") pursuant to the arrest of Hector Santana.

3. That on or about August 15, 2004, the defendant currency, one lot of twenty three thousand four hundred sixty dollars ($23,460.00) in U.S. currency, was seized in Providence, Rhode Island, by officers of the Rhode Island State Police and agents of the federal High Intensity Drug Trafficking Area Task Force

("HIDTA"), pursuant to the execution of a Rhode Island search warrant at 104 Peace Street, Providence, Rhode Island.

4. That the claims of Hector Santana to the defendant vehicle and the defendant currency have been dismissed. (Exhibit One)

5. That notice of this forfeiture action was published in the Providence Journal on March 10, 17, and 24, 2005. (Exhibit Two)

6. That no other person or entity has filed any claim to either the defendant vehicle or the defendant currency or attempted to plead or otherwise defend the above-entitled action.

7. That due to the foregoing, the affiant knows of no reason why judgment should not enter forfeiting the defendants to the plaintiff, the United States of America.

Michael P. Iannotti

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

Subscribed to and sworn to before me at Providence, Rhode Island this 22nd day of July, 2005.

Notary Public

My commission expires: 8/27/05

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>ONE 1998 NISSAN MAXIMA,<br>VIN: JN1CA21DXWM929799 AND ONE LOT OF TWENTY THREE THOUSAND FOUR HUNDRED SIXTY DOLLARS ($23,460.00) IN U.S. CURRENCY,<br>Defendants | ) | C.A. NO. 05-089T |

RECEIVED
JUL 13 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

STIPULATION FOR DISMISSAL OF CLAIM

It is hereby stipulated by and between the claimant, Hector Santana, on the one hand, and the plaintiff, the United States of America, on the other, by and through their respective attorneys, as follows:

1. That the claims of Hector Santana to the defendant vehicle, one 1998 Nissan Maxima, VIN: JN1CA21DXWM929799 and to the defendant currency, one lot of twenty three thousand four hundred sixty dollars ($23,460.00) in U.S. currency, may be dismissed with prejudice.

2. That the claimant, Hector Santana, agrees to consent to the forfeiture of the defendant vehicle and the defendant currency to the plaintiff, the United States of America.

EXHIBIT ONE

Case 1:05-cv-00089-T Document 11-1 Filed 07/19/2005 Page 2 of 4

Respectfully submitted,

UNITED STATES OF AMERICA
Plaintiff

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

HECTOR SANTANA
Claimant

By his attorney,

JOHN F. CICILLINE, ESQ.
387 Atwells Avenue
Providence, RI 02909

ENTER:

ERNEST C. TORRES
CHIEF JUDGE
UNITED STATES DISTRICT COURT
7/19/05

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
JUL 05 2005
U.S. ATTORNEY
DISTRICT OF R.I.

**UNITED STATES OF AMERICA**
**V**

**CIVIL No.: 05-89T**

**ONE 1998 NISSAN MAXIMA**
**AND $23,460 IN US CURRENCY**

**DISMISSAL**

The claimant's claim may be dismissed.

One 1998 Nissan ans $23,460.00
In U.S. currency.

John F. Cicilline, Esquire
387 Atwells Avenue
Providence, RI 02909

**CERTIFICATION**

I, the undersigned, hereby certify that I caused a true copy of the within to be delivered this the ____ day of June, 2005 to Michael Iannotti, U.S. Attorney Office, 50 Kennedy Plaza, Providence, RI 02903.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
JUL 05 2005
U.S. ATTORNEY
DISTRICT OF R.I.

**UNITED STATES OF AMERICA**
**V**
**HECTOR SANTANA**

**Docket No.: 04-00087-02T**

## A DOWNWARD DEPARTURE EFFORT

Notwithstanding the advice of my attorney that we could establish the innocence of the U.S. currency, after consultation with my aunt Angela Baez, I have decided to withdraw my claim to the $ 23,460, which was seized from me on August 15, 2004.

Hector Santana

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: United States | COURT CASE NUMBER: CA 05-089S |
| DEFENDANT: One 1998 Nissan Maxima, et al. and $23,460.00, et al. | TYPE OF PROCESS: Notice |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Newspaper having a general circulation within the

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: the district of Rhode Island -- Providence Journal

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | | |
|---|---|---|
| Michael P. Iannotti, Asst. U.S. Attorney<br>U.S. Attorney's Office<br>Fleet Center<br>50 Kennedy Plaza, 8th FL<br>Providence, RI 02903 | Number of process to be served with this Form - 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold | Fold

publish Notice of Action and Arrest
once a week for three weeks

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Michael P. Iannotti (signature) | ☒ PLAINTIFF<br>☐ DEFENDANT | 401-709-5000 | 3/2/05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | No. 70 | No. 70 | Edward R. Kawa (signature) | 3/2/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| Address *(complete only if different than shown above)* | Date of Service: 3/24/05 | Time: am / pm |
| | Signature of U.S. Marshal or Deputy: (signature) | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:
[illegible] in the Providence Journal 3/10, 3/17 & 3/24/05
[illegible]: $223.37

NOTE

PRIOR EDITIONS MAY BE USED

**3. NOTICE OF SERVICE**

FORM USM-285 (Rev. 12/15/80)

EXHIBIT TWO

September 1973
Standard Form No. 1143
1 TFRM 4-2000

# ADVERTISING ORDER

ORDER NUMBER

DEPARTMENT OR ESTABLISHMENT, BUREAU OR OFFICE
United States Marshals Service, Providence, RI 02903

DATE
March 4, 2005

The publisher of the publication named below is authorized to publish the enclosed advertisement according to the schedule below provided the rates are not in excess of the commercial rates charged to private individuals with the usual discounts. It is to be set solid, without paragraphing, and without any display in the heading unless otherwise expressly authorized in the specifications.

NAME OF THE PUBLICATION ADVERTISED IN
Providence Journal

SUBJECT OF ADVERTISEMENT 1998 Nissan Maxima; $23,460.00 , et al.

EDITION OF PAPER ADVERTISEMENT APPEARED
Daily

NUMBER OF TIMES ADVERTISEMENT APPEARED
Three

DATE(s) ADVERTISEMENT APPEARED
March 10, 17 & 24, 2005

SPECIFICATIONS FOR ADVERTISEMENT

COPY FOR ADVERTISEMENT

NOTICE OF FORFEITURE
UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
UNITED STATES OF AMERICA,
Plaintiff
vs.
ONE 1998 NISSAN MAXIMA, VIN: JN1CA21DXWM929799 AND ONE LOT OF TWENTY THREE THOUSAND FOUR HUNDRED SIXTY DOLLARS ($23,460.00) IN U.S. CURRENCY,
Defendant
C.A. NO. 05-089S

Notice is hereby given that on March 2, 2005, I arrested One 1998 Nissan Maxima, VIN: JN1CA21DXWM929799 and One Lot of Twenty Three Thousand Four Hundred Sixty Dollars ($23,460.00) in U.S. Currency, pursuant to a warrant of arrest issued by the Magistrate Judge of this Court upon the filing of a verified complaint in the above action. Said vehicle was seized on August 15, 2004 on O'Keefe Lane, Warwick, Rhode Island, pursuant to the arrest of Hector Santana. Said currency was seized on August 15, 2004, from 104 Peace Street, First Floor, Providence, Rhode Island pursuant to the execution of a Rhode Island Search Warrant. Any person having or claiming an interest in or to said property must file a claim with the Clerk of the Court at the United States District Court, Federal Building and U.S. Courthouse, One Exchange Terrace, Providence, Rhode Island 02903, with a copy to the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903, within 30 days of this date, and must file an answer to the complaint herein within 20 days thereafter.
BURTON STALLWOOD
United States Marshal

| AUTHORITY TO ADVERTISE | INSTRUMENT OF ASSIGNMENT |
|---|---|
| NUMBER | NUMBER |
| DATE | DATE |
| SIGNATURE OF AUTHORIZING OFFICIAL | TITLE Seizure & Forfeiture Specialist |

## INSTRUCTIONS TO PUBLISHERS

Extreme care should be exercised to insure that the specifications for advertising to be set other than solid be definite, clear, and specific since no allowance will be made for paragraphing or for display or leaded or prominent headings, unless specifically ordered, or for additional space required by the use of type other than that specified. Specifications for advertising other than solid and the advertisement copy submitted to the publisher will be attached to the voucher. The following is a sample of solid line advertisement set up in accordance with the usual Government requirements.

DEPARTMENT OF HIGHWAYS & TRAFFIC, D.C. Bids are requested for first spring 1966 cement concrete repair contract, including incidental work, Washington, D.C.. Invitation No. C-6576-H. consisting of 11,000 sq. yds. PCC Class BB sidewalk repair and 2,000 cu. yds. PCC Class A pavement, alley, & driveway repair, both cut repairs only. Bidding material available from the Procurement Officer, D.C. Sealed bids to be opened in the Procurement Office at 2:00 p.m., November 16, 1966.

Your bill for this advertising order should be submitted on the "Public Voucher for Advertising" form, which is printed on the reverse of this form, immediately after the last publication of the advertisement. If copies of the printed advertisement are not available, complete the affidavit provided on the voucher. Submit the voucher and a copy of the printed advertisement to ▶

United States Marshals Service
P.O. Box 1524
Providence, RI 02901-1524

## IMPORTANT

Charges for advertising when a cut, matrix, stereotype or electrotype is furnished will be based on actual space used and no allowance will be made for shrinkage.

In no case shall the advertisement extend beyond the date and edition stated in this order.