IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUL 22 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>ONE 1998 NISSAN MAXIMA,<br>VIN: JN1CA21DXWM929799 AND ONE LOT<br>OF TWENTY THREE THOUSAND FOUR<br>HUNDRED SIXTY DOLLARS ($23,460.00)<br>IN U.S. CURRENCY,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. NO. 05-089T |

ORDER OF JUDGMENT AND DECREE OF FORFEITURE

The claims of Hector Santana having been dismissed; and it appearing that no other claim to either the defendant vehicle or the defendant currency has been filed since said defendants were seized;

It is hereby

ORDERED, ADJUDGED, and DECREED

1. That the defendant vehicle, one 1998 Nissan Maxima, VIN: JN1CA21DXWM929799, is forfeited to the plaintiff, the United States of America, and the United States Marshal is authorized to dispose of said vehicle according to law; and

2. That the defendant currency, one lot of twenty three thousand four hundred sixty dollars ($23,460.00) in U.S. currency, is forfeited to the plaintiff, the United States of America, and the United States Marshal is authorized to

dispose of said currency according to law.

BY ORDER:

ENTER:

ERNEST C. TORRES
CHIEF JUDGE
UNITED STATES DISTRICT COURT
8/9/05